*William Lawton, Jun.* v. *Jonathan Reed et al.* M. T. REYNOLDS and D. L. SEYMOUR, for appeliants; A. K. HADLEY, for respondent. Order appealed from modified, so as to permit petitioners to be made parties and to put in their answers, upon giving a bond in the penalty of $600 to pay all costs and damages hereafter to accrue. So much of order as directs proofs to be closed, reversed.

Costs upon appeal to abide event of the suit.

*In the matter of Westel Willoughby, a lunatic.* E. C. PINNEY, for Jas. Willoughby; H. H. COZZENS, for Mrs. Willoughby. Applications for costs. The sum of $27,80 deducted from the bill of J. Willoughby's solicitor, and $19,21 from the bill of Mrs. Willoughby's solicitor; and the balance of each bill, together with $10 to each party for costs of motion, ordered to be paid by the committee.

*John D. Toll* v. *John F. Hiller.* J. RHOADES and S. STEVENS, for complainant and for J. Sacia, the purchaser; A. TABER, for defendant. Order to show cause, except so far as relates to writ of assistance, discharged, with $20 costs; without prejudice to the rights of either party in the suits pending between them.

Writ of assistance set aside for irregularity.